**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael D. Rapp<br>Christine M Rapp<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-15285 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as Servicer for Home Point Financial Corporation, and index same on the master mailing list.

Re: Loan # Ending In: 4230

Respectfully submitted,

**/s/Joshua I. Goldman , Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406