**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **MICHAEL D. AND CHRISTINE M. RAPP,** | **Bankruptcy No. 16-15285 REF** |
| **Debtors** | |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Continued Meeting of Creditors was served upon the addresses listed below and upon all parties listed on the Matrix, via first class mail on September 20, 2016 and/or by way of electronic means on September 21, 2016:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, readingecf@ramapo.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

JOSHUA ISAAC GOLDMAN on behalf of Creditor Cenlar FSB - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael D. and Christine M. Rapp
4306 7th Avenue
Temple, PA 19560

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610
Phone:  610-779-0772
Fax: 610-779-7473
Email:  amerkey@hvmllaw.com

FREDERICK L. REIGLE

*Attorney at Law*

STANDING CHAPTER 13 TRUSTEE

2901 ST. LAWRENCE AVENUE, SUITE 100

P.O. BOX 4010

READING, PENNSYLVANIA 19606-0410

| FREDERICK L. REIGLE | | MAIL ALL PAYMENTS TO |
|---|---|---|
| POLLY A. LANGDON | (610) 779-1313 | P.O. BOX 680 |
| LISA M. CIOTTI | FAX (610) 779-3637 | MEMPHIS, TN 38101-0680 |

Date:        September 14, 2016

Memo To:    GEORGE M LUTZ ESQUIRE
            HARTMAN VALERIANO MAGOVERN & LUTZ PC
            1100 BERKSHIRE BLVD SUITE 301
            WYOMISSING. PA. 19610-

From:        Frederick L. Reigle, Esq., Trustee

RE:          MICHAEL D. RAPP  CHRISTINE M. RAPP
             Bankruptcy No.   16-15285

Dear Sir or Madam:

    The Section 341(a) Meeting of creditors on the above-captioned bankruptcy has been
rescheduled as follows:

          Date:       10/11/2016

          Time:       02:30 P.M.

          Location:   Chapter 13 Meeting Room
                      2901 St. Lawrence Avenue
                      Reading, PA 19606

FLR/eg

cc:      MICHAEL D. RAPP  CHRISTINE M. RAPP
         4306 7TH AVENUE

         TEMPLE PA 19560