**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**MICHAEL D. AND CHRISTINE M. RAPP,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-15285 REF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to the Motion for Relief from Automatic Stay of Home Point Financial Corporation was served upon the addresses listed below by way of electronic means on January 23, 2017:

DENISE ELIZABETH CARLON on behalf of Creditor Home Point Financial Corporation - bkgroup@kmllawgroup.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor Cenlar FSB - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov


                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:   *s/Alyssa J. Merkey*
       1100 Berkshire Blvd., Suite 301
       Wyomissing, PA  19610
       610-779-0772