*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael D. Rapp and
Christine M. Rapp
    Debtor(s)

Case No: 16–15285–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*NOTICE OF RESCHEDULED HEARING\*\*
Motion to Dismiss Case for Failure to Make Plan Payments, underfunded & feasibility Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI

on: 3/2/17

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/13/17

Timothy B. McGrath
Clerk of Court

25 – 18
Form 167