United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael D. Rapp  
Christine M. Rapp  
    Debtors

Case No. 16-15285-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Mar 07, 2017  
                      Form ID: 167     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.  
db/jdb         +Michael D. Rapp,    Christine M. Rapp,    4306 7th Avenue,    Temple, PA 19560-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Home Point Financial Corporation bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         GEORGE M. LUTZ    on behalf of Debtor Michael D. Rapp glutz@hvmllaw.com,    amerkey@hvmllaw.com  
         GEORGE M. LUTZ    on behalf of Joint Debtor Christine M. Rapp glutz@hvmllaw.com, amerkey@hvmllaw.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                  TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael D. Rapp and
Christine M. Rapp
    Debtor(s)

Case No: 16−15285−ref
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 4306 7th Avenue, Temple, PA 19560 Filed by Home Point Financial Corporation Represented by DENISE ELIZABETH CARLON
(Hearing Rescheduled from 3/7/17)

on: 3/21/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date:  3/7/17

For The Court

Timothy B. McGrath
Clerk of Court

28 − 20
Form 167