# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:** | Chapter 13 |
| **MICHAEL D. AND CHRISTINE M. RAPP,** | Bankruptcy No. 16-15285 REF |
| **Debtors** | |

## PRAECIPE TO ENTER APPEARANCE

*TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:*

Kindly enter my appearance on behalf of Debtors, Michael D. and Christine M. Rapp.

**Hartman, Valeriano, Magovern & Lutz, PC**

Date: March 23, 2017     **by:**     */s/ Beth M. Auman*

Beth M. Auman, Esquire
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610
610-779-0772
bauman@hvmllaw.com