**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re: <br><br> **MICHAEL D. AND CHRISTINE M. RAPP,** <br><br> Debtors | Chapter 13 Bankruptcy <br><br> Bankruptcy No. 16-15285 REF |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Amended Chapter 13 Plan was served upon the addresses listed below by way of electronic means on May 17, 2017 and May 18, 2017:

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

DENISE ELIZABETH CARLON on behalf of Creditor Home Point Financial Corporation - bkgroup@kmllawgroup.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor Cenlar FSB - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael D. and Christine M. Rapp
*Sent via e-mail on May 18, 2017*
4306 7th Avenue
Temple, PA 19560

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                          1100 Berkshire Blvd., Suite 301
                          Wyomissing, PA  19610
                          610-779-0772