## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael D. Rapp<br>　　　　Christine M Rapp<br>　　　　　　　　　　Debtors<br><br>Home Point Financial Corporation<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Michael D. Rapp<br>Christine M Rapp<br>　　　　　　　　　　Debtors | CHAPTER 13<br><br><br>NO. 16-15285 REF<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Plan of Home Point Financial Corporation, which was filed with the Court on or about November 22, 2016 (Doc. No. 17).

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 26, 2017 | **/s/ Matteo S. Weiner, Esquire**<br>Matteo S. Weiner, Esquire<br>Denise Carlon, Esquire<br>Attorneys for Movant<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106<br>215-627-1322 |