# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michael D. Rapp<br>Christine M Rapp<br><br>                        Debtors | | Chapter 13 |
| Home Point Financial Corporation<br>                        Movant<br>              v.<br>Michael D. Rapp<br>Christine M Rapp<br>                        Debtors | | NO. 16-15285 REF |
| Frederick L. Reigle<br>                        Trustee | | |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 28, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified so as to allow Home Point Financial Corporation to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State Court remedies, with regard to the premises 4306 7th Avenue Temple, PA 19560.

**Date: August 28, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list