United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15285-ref
Michael D. Rapp                                                          Chapter 13
Christine M. Rapp
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith                 Page 1 of 1              Date Rcvd: Aug 28, 2017
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db/jdb         +Michael D. Rapp,    Christine M. Rapp,    4306 7th Avenue,    Temple, PA 19560-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
          BETH MARIE AUMAN    on behalf of Debtor Michael D. Rapp bauman@hvmllaw.com,    amerkey@hvmllaw.com
          BETH MARIE AUMAN    on behalf of Joint Debtor Christine M. Rapp bauman@hvmllaw.com,
           amerkey@hvmllaw.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Home Point Financial Corporation
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          GEORGE M. LUTZ    on behalf of Debtor Michael D. Rapp glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Joint Debtor Christine M. Rapp glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Home Point Financial Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Rapp<br>Christine M Rapp<br><br>Debtors | Chapter 13 |
| Home Point Financial Corporation<br><br>Movant<br>v.<br>Michael D. Rapp<br>Christine M Rapp<br><br>Debtors | NO. 16-15285 REF |
| Frederick L. Reigle<br><br>Trustee | |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 28, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified so as to allow Home Point Financial Corporation to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State Court remedies, with regard to the premises 4306 7th Avenue Temple, PA 19560.

**Date: August 28, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list