```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                    Case No. 16-15285-ref
Michael D. Rapp                                           Chapter 13
Christine M. Rapp
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-4        User: dlv              Page 1 of 2              Date Rcvd: Oct 05, 2017
                            Form ID: pdf900        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db/jdb         +Michael D. Rapp,    Christine M. Rapp,    4306 7th Avenue,    Temple, PA 19560-1804
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13766490       +Arcadia Recovery Bureau,    P.O. Box 6768,    Reading, PA 19610-0768
13766492       +CAPITAL ONE BANK USA,    c/o Michael F. Ratchford, Esquire,    409 Lackawanna Avenue, Suite 3,
                 Scranton, PA 18503-2059
13766493       +CAPITAL ONE BANK USA,    PO BOX 30281,    Salt Lake City, UT 84130-0281
13766491       +Capital One Bank (USA) N A,    4851 Cox Road,    Glen Allen, VA 23060-6293
13776581        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13771687       +Cenlar FSB,    as Servicer for Home Point Fin Crp,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13789330       +Commonwealth of PA,    Office of Inspector General,    555 Walnut St., 8th fl.,
                 Harrisburg, PA 17101-1928
13766494        Commonwealth of Pennsylvania,    Office of the Inspector General,    POB 8040,
                 Harrisburg, PA  17105
13993927       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,    1100 Berkshire Blvd,
                 Suite 301,    Wyomissing, PA 19610-1292
13766498       +HOME POINT FINANCIAL CORPORATION,    c/o Matthew Fissel, Esquire/KML Law Grou,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13766497       +HOME POINT FINANCIAL CORPORATION,    1160 Parcippany BL,    Suite B,    Parsippany, NJ 07054-1811
13824777       +Home Point Financial Corporation,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13766499       +La Salle University,    Office of Student Accounts Receivable,    1900 West Olney Avenue,
                 Philadelphia, PA 19141-1108
13766500        Lebanon VA Medical Center,    1700 S. Lincoln Avenue,    Lebanon, PA  17042-7597
13766501        M&M Credit,    6324 Taylor Drive,    Flint, MI  48507-4680
13791688       +WRIGHT & FILIPPIS INC C/O MMCC xxx7802,    6324 TAYLOR DR,    FLINT, MI 48507-4680
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Oct 06 2017 01:57:34      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:57:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13766495       +E-mail/Text: electronicbkydocs@nelnet.net Oct 06 2017 01:57:29      DEPT OF ED / NELNET,
                 3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
13783801       +E-mail/Text: electronicbkydocs@nelnet.net Oct 06 2017 01:57:29
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13766496*      +DEPT OF ED / NELNET,    3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Oct 05, 2017
                              Form ID: pdf900        Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              BETH MARIE AUMAN    on behalf of Debtor Michael D. Rapp bauman@hvmllaw.com,    amerkey@hvmllaw.com
              BETH MARIE AUMAN    on behalf of Joint Debtor Christine M. Rapp bauman@hvmllaw.com,
               amerkey@hvmllaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Michael D. Rapp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Christine M. Rapp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :

MICHAEL D. RAPP
CHRISTINE M. RAPP

                                                                  : Bankruptcy No. 16-15285REF
        Debtor(s)                                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: October 5, 2017**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

MICHAEL D. RAPP
CHRISTINE M. RAPP
4306 7TH AVENUE
TEMPLE,PA.19560