**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **MICHAEL D. AND CHRISTINE M. RAPP,** | Bankruptcy No. 16-15285 REF |
| Debtors | |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses and the Debtors request that the court grant the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** October 25, 2017

                                        Respectfully submitted,

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

        by:    */s/ George M. Lutz*

                                        George M. Lutz, Esquire
                                        1100 Berkshire Blvd., Suite 301
                                        Wyomissing, PA  19610
                                        Attorney I.D. No. 46437
                                        Phone:  610-779-0772