**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MICHAEL D. AND CHRISTINE M. RAPP,**<br><br>                      **Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-15285 REF** |

**ORDER**

      AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

      IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,703.75 for reimbursement of actual, necessary fees, of which $690.00 was received pre-petition.

**BY THE COURT:**

**Date: October 26, 2017**                    _____
                                                     **United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**Michael D. and Christine M. Rapp**
4306 7th Avenue
Temple, PA 19560

**All creditors**